**John Albert MILLER, IV,
Plaintiff—Appellant,**

v.

**MARYLAND DIVISION OF CORREC-
TION, Defendant—Appellee.**

No. 11–6693.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 25, 2011.

Decided: Aug. 30, 2011.

John Albert Miller, IV, Appellant Pro
Se.

Before MOTZ, DUNCAN, and
KEENAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

John Albert Miller, IV, seeks to appeal
the district court's order dismissing his
complaint without prejudice. This court
may exercise jurisdiction only over final
orders, 28 U.S.C. § 1291 (2006), and cer-
tain interlocutory and collateral orders, 28
U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b);
*Cohen v. Beneficial Indus. Loan Corp.,*
337 U.S. 541, 545–46, 69 S.Ct. 1221, 93
L.Ed. 1528 (1949). The order Miller seeks
to appeal is neither a final order nor an
appealable interlocutory or collateral or-
der. *See Domino Sugar Corp. v. Sugar
Workers Local Union 392,* 10 F.3d 1064,
1067 (4th Cir.1993) ("a plaintiff may not
appeal the dismissal of his complaint with-
out prejudice unless the grounds for dis-
missal clearly indicate that no amendment
in the complaint could cure the defects in
the plaintiff's case." (internal quotation
marks and brackets omitted)). Accordingly, we dismiss the appeal for lack of juris-
diction. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*